AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-00481 (CJN) |
| UNITEDHEALTH GROUP INCORPORATED, ET AL. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UnitedHealth Group Incorporated                            .

Date:    03/02/2022                                    /s/ Matt Reilly
                                                                    *Attorney's signature*

                                                        Matt Reilly (Bar ID: 457884)
                                                        *Printed name and bar number*

                                                        Kirkland & Ellis LLP
                                                        1301 Pennsylvania Avenue, N.W.
                                                        Washington, DC 20004
                                                                    *Address*

                                                        matt.reilly@kirkland.com
                                                                *E-mail address*

                                                        (202) 389-5041
                                                            *Telephone number*

                                                        (202) 389-5200
                                                                *FAX number*