# EXHIBIT A

## DEFENDANTS' PROPOSED CASE SCHEDULE

| Event | Date |
|---|---|
| Answers to Complaint due | March 14 |
| Parties exchange preliminary non-expert witness lists | March 15 |
| Parties exchange supplemental non-expert witness lists | April 11 |
| Plaintiffs' Rule 26 expert reports and corresponding expert materials set forth in paragraph 17(b) below due | April 25 |
| Close of fact discovery | May 3 |
| Defendants' Rule 26 expert reports and corresponding expert materials set forth in paragraph 17(b) below due | May 16 |
| Parties exchange exhibit lists & affirmative deposition designations | May 20 |
| Each Party informs each non-Party of all documents produced by that non-Party that are on the Party's exhibit list and all depositions of that non-Party that have been designated by any Party. Parties must inform non-Parties that they should provide notice to the Parties, pursuant to the Protective Order, of whether that non-Party objects to the potential public disclosure at trial of that non-Party's documents and depositions, explain the basis for any such objections, and propose redactions where possible. | May 22 |
| Plaintiff rebuttal expert reports (if any) & corresponding expert materials set forth in paragraph 17(b) below due (limited to 10 pages each) | May 23 |
| Parties exchange counter deposition designations | May 24 |
| Non-Parties provide notice whether they object to the potential public disclosure at trial of any non-Party documents and depositions, explain the basis for any such objections, and propose redactions where possible | May 24 |
| Parties and non-Parties meet and confer regarding confidentiality of non-Party documents on trial exhibit list and non-Party depositions on or before | May 27 |
| Each side exchanges its objections to the other side's exhibits and deposition designations | May 30 |
| Depositions of all experts to be complete on or before | May 31 |
| Dispositive Motions (if any) due on or before (briefing schedule to be determined if/when motions filed) | May 31 |
| Parties exchange final non-expert witness lists in accordance with paragraph 18(b) below | May 31 |
| Plaintiffs' pretrial brief due | June 1 |
| Motions *in limine* due | June 1 |
| Parties meet and confer regarding exhibit disputes & deposition designations on or before | June 2 |
| Joint submission regarding disputes about admissibility of trial exhibits, confidentiality issues and deposition designations | June 6 |
| Oppositions to motions *in limine* due | June 9 |
| Defendants' responsive pretrial brief due | June 10 |
| Final pretrial conference | June 15 |
| Trial begins | June 20 |
| Post-trial briefs and proposed findings of fact and conclusions of law due | Parties will propose timing at the final pretrial conference. |