AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA ET AL. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00481 (CJN) |
| UNITEDHEALTH GROUP INCORPORATED ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF NEW YORK.

Date: 03/10/2022

/S/ Amy McFarlane
*Attorney's signature*

Amy McFarlane
*Printed name and bar number*

28 Liberty Street
New York, NY 10005

*Address*

amy.mcfarlane@ag.ny.gov
*E-mail address*

(212) 416-6195
*Telephone number*

(212) 416-6015
*FAX number*