# EXHIBIT A

## **PLAINTIFFS' PROPOSED CASE SCHEDULE**

| Event | Date |
|---|---|
| Fact Discovery Begins | The day the Court enters this Order |
| Answers to Complaint due | Mar. 17 |
| Deadline to amend pleadings or join parties | Mar. 24 |
| Parties exchange preliminary fact witness lists | Apr. 7 |
| Deadline for Defendants to finalize any proposed remedy and to provide Plaintiffs signed agreements concerning the Proposed Remedy | Apr. 14 |
| Parties exchange supplemental fact witness lists | May 25 |
| Plaintiffs to serve any Initial Expert(s) Report(s) | June 14 |
| Deadline for the production of Backup Materials for Plaintiffs' Initial Expert Report(s) | June 15 |
| Dispositive motions (if any) due on or before | July 1 |
| Parties exchange final fact witness lists | July 1 |
| Defendants to serve any Opposition Expert(s) Report(s) and to produce Backup Materials for those report(s) | July 5 |
| Close of fact discovery | July 6 |
| Opposition to dispositive motions (if any) due on or before | July 15 |
| Close of Supplemental Discovery | July 18 |
| Parties exchange initial exhibit lists | July 21 |
| Each Party informs each non-Party of all documents produced by that non-Party that are on the Party's exhibit list and all depositions of that non-Party that have been designated by any Party.  Parties must inform non-Parties that they should provide notice to the Parties, pursuant to the Protective Order, of whether that non-Party objects to the potential public disclosure at trial of that non-Party's documents and depositions, explain the basis for any such objections, and propose redactions where possible. | July 22 |
| Parties exchange opening deposition designations | July 25 |
| Plaintiffs to serve any Rebuttal Expert(s) Report(s) | July 26 |
| Deadline for the production of Backup materials for Plaintiffs' Rebuttal Expert Report(s) | July 27 |
| Each side exchanges its objections to the other side's exhibits, including confidentiality objections | July 27 |
| Parties meet and confer regarding disputes about confidentiality of Party documents on trial exhibit list | July 27 |
| Each side exchanges its objections to the other side's opening deposition designations and its deposition counter-designations | July 29 |
| Each side exchanges its objections to the other side's deposition counter-designations and its counter-counter-designations | Aug. 1 |
| Non-Parties provide notice whether they object to the potential public disclosure at trial of any non-Party documents and depositions, explain the basis for any such objections, and propose redactions where possible | Aug. 1 |

| Event | Date |
|---|---|
| Parties meet and confer regarding admissibility of trial exhibits and deposition designations | Aug. 4 |
| Motions *in limine* due | Aug. 5 |
| Parties and non-Parties meet and confer regarding confidentiality of non-Party documents on trial exhibit list and non-Party depositions | Aug. 9 |
| Parties exchange supplemental exhibit lists limited only to materials contained in Rebuttal Expert Report(s) | Aug. 9 |
| Joint submission regarding disputes about confidentiality of Party documents on trial exhibit list due | Aug. 10 |
| Joint submission regarding disputes about confidentiality of each non-Party's documents on trial exhibit lists and non-Party depositions due | Aug. 10 |
| Joint submission regarding disputes about admissibility of trial exhibits and deposition designations | Aug. 10 |
| Oppositions to motions *in limine* due | Aug. 12 |
| Pretrial briefs due | Aug. 15 |
| Replies in support of motions *in limine* due | Aug. 15 |
| Close of expert discovery; Parties exchange any further additions to exhibit lists, limited to materials contained in any expert report and used as exhibit(s) in any expert deposition | Aug. 17 |
| Final pretrial conference | Aug. 19 |
| Parties submit final trial exhibits to Court | Aug. 19 |
| Trial begins | Aug. 24 |
| Post-trial briefs and proposed findings of fact and conclusions of law due | Same |