# EXHIBIT 1

# PLAINTIFFS' EXPECTED LIVE WITNESSES AND ORDER

**WITNESSES THAT THE PLAINTIFFS INTEND TO CALL**

|  | Name | Address of Counsel | Brief Description of Testimony to be Elicited | Estimated Time |
|---|---|---|---|---|
| 1. | Lynn Garbee | Patrick Greco<br>Kressin Law Group<br>1717 K Street NW<br>Suite 900<br>Washington, DC 20006<br>Telephone: 540-905-2973<br>Email: patrick@kressinlg.com | Plaintiffs expect Ms. Garbee, Cigna's former Managing Director of Provider Enterprise Strategy, to testify regarding claims editing services and the importance of claims editing during her time at Cigna. Plaintiffs also expect her to testify about EDI Clearinghouse services and the importance of EDI Clearinghouse services. Plaintiffs further expect her to testify about Cigna's reaction to the announcement of the proposed transaction. | 1 hours 15 minutes |
| 2. | Kelly Dill (deposition video – resides in Missouri) | Patrick Greco<br>Kressin Law Group<br>1717 K Street NW<br>Suite 900<br>Washington, DC 20006<br>Telephone: 540-905-2973<br>Email: patrick@kressinlg.com | Plaintiffs expect Ms. Dill, Cigna's Senior Vice President, Existing Business, Cigna National Accounts, to testify about national accounts at Cigna, the characteristics of national account customers, and the importance of claims editing and EDI Clearinghouse services to national account customers. | 45 minutes |
| 3. | Larry Lautzenhiser | Rani Habash<br>Dechert LLP<br>1900 K Street NW<br>Washington, DC 20006<br>Telephone: 202-261-3481<br>Email: rani.habash@dechert.com | Plaintiffs expect Mr. Lautzenhiser, Aetna's Executive Director, Medical Policy, to testify about using first-pass and second-pass claims editing solutions and Aetna's relationship with Change. | 1 hour |
| 4. | Jeffrey Mincher (deposition video – resides in Texas) | Kenneth Kramer, Executive Vice President and General Counsel<br>612 E. Lamar Boulevard<br>Arlington, TX 76011<br>Telephone: 682-236-7144<br>Email: kennethkramer@texashealth.org | Plaintiffs expect Mr. Mincher, Texas Health Resources' Senior Vice President of Revenue Cycle, to testify about the characteristics and features that healthcare providers look for in EDI solutions and the difficulties of switching EDI providers. | 30 minutes |
| 5. | Neil de Crescenzo (adverse) | Cleary Gottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Ave, N.W. | Plaintiffs expect Mr. de Crescenzo, the Chief Executive Officer of Change, to testify about | 1 hour 15 minutes |

2

| | | | | |
|---|---|---|---|---|
| | | Washington, DC 20037<br>dgelfand@cgsh.com<br>(202) 974-1690 and<br>Simpson Thacher & Bartlett LLP 900 G Street, NW Washington, DC 20001<br>sara.razi@stblaw.com<br>(202) 636-5582 | Change and its business, his interactions with Change's Board of Directors and investors, and the proposed transaction. | |
| 6. | Mark Turner (adverse) | Cleary Gottlieb Steen & Hamilton LLP 2112 Pennsylvania Ave, N.W. Washington, DC 20037<br>dgelfand@cgsh.com<br>(202) 974-1690 and<br>Simpson Thacher & Bartlett LLP 900 G Street, NW Washington, DC 20001<br>sara.razi@stblaw.com<br>(202) 636-5582 | Plaintiffs expect Mr. Turner, Change's Associate Vice President, Editing Solutions for Payment, to testify about Change's first-pass claims editing offering, ClaimsXten, including the product's customers and key features, and the extensive head-to-head competition between Optum and Change in the market for first-pass claims editing. | 45 minutes |
| 7. | Tim Suther (adverse) | Cleary Gottlieb Steen & Hamilton LLP 2112 Pennsylvania Ave, N.W. Washington, DC 20037<br>dgelfand@cgsh.com<br>(202) 974-1690 and<br>Simpson Thacher & Bartlett LLP 900 G Street, NW Washington, DC 20001<br>sara.razi@stblaw.com<br>(202) 636-5582 | Plaintiffs expect Mr. Suther, Change's Senior Vice President & General Manager, Data Solutions, to testify about Change's data solutions business, including Change's practices with respect to receiving and tracking secondary-use rights. | 1 hour |
| 8. | Mike Peresie (adverse) | Cleary Gottlieb Steen & Hamilton LLP 2112 Pennsylvania Ave, N.W. Washington, DC 20037<br>dgelfand@cgsh.com<br>(202) 974-1690 and<br>Simpson Thacher & Bartlett LLP 900 G Street, NW Washington, DC 20001<br>sara.razi@stblaw.com | Plaintiffs expect Mr. Peresie, who is Senior Vice President & General Manager of the Revenue Excellence Technology Business and formerly General Manager of the Medical Network, to testify about EDI clearinghouse ecosystem and how Change fits into that ecosystem. | 1 hour |

| | | (202) 636-5582) | | |
|---|---|---|---|---|
| 9. | Kris Joshi (adverse) | Cleary Gottlieb Steen & Hamilton LLP 2112 Pennsylvania Ave, N.W. Washington, DC 20037 dgelfand@cgsh.com (202) 974-1690 and Simpson Thacher & Bartlett LLP 900 G Street, NW Washington, DC 20001 sara.razi@stblaw.com (202) 636-5582 | Plaintiffs expect Mr. Joshi, who is Executive Vice President, President of Network Solutions and President of Software & Analytics at Change, to testify about Change's EDI clearinghouse business, its sales to customers, and innovations including Real Time Settlement. | 1 hour 15 minutes |
| 10. | Shiv Gopalkrishnan (deposition video – resides in the state of Washington) (adverse) | Cleary Gottlieb Steen & Hamilton LLP 2112 Pennsylvania Ave, N.W. Washington, DC 20037 dgelfand@cgsh.com (202) 974-1690 and Simpson Thacher & Bartlett LLP 900 G Street, NW Washington, DC 20001 sara.razi@stblaw.com (202) 636-5582 | Plaintiffs expect Mr. Gopalkrishnan, Change's former VP and GM of the Intelligent Network, to testify about his work on real-time settlement. | 30 minutes |
| 11. | David Wichmann (adverse) | Kirkland & Ellis LLP 1301 Pennsylvania Avenue, N.W. Washington, DC 20004 craig.primis@kirkland.com (202) 389-5921 Hogan Lovells US LLP 555 13th Street NW Washington, DC 20004 chuck.loughlin@hoganlovells.com (202) 637-5661 | Plaintiffs expect Mr. Wichmann, the former CEO of UnitedHealth Group, to testify about United's proposed acquisition of Change Healthcare, the business case for the deal, assets of importance, and access to data rights. He is also expected to testify about his interactions and meetings relating to the transaction, and interactions between United executives across the enterprise including other United businesses. | 1 hour 30 minutes |
| 12. | Daniel Schumacher (adverse) | Kirkland & Ellis LLP 1301 Pennsylvania Avenue, N.W. Washington, DC 20004 craig.primis@kirkland.com (202) 389-5921 | Plaintiffs expect Mr. Schumacher, United's Chief Strategy Officer and OptumInsight's CEO, to testify about United's data and secondary-use rights and the importance of Change's data and secondary-use rights. Plaintiffs also expect him to | 45 minutes |

| | | | | |
|---|---|---|---|---|
| | | Hogan Lovells US LLP 555 13th Street NW Washington, DC 20004 chuck.loughlin@hoganlovells.com (202) 637-5661 | testify about data use across United's various businesses. | |
| 13. | Robert Musslewhite (adverse) | Kirkland & Ellis LLP 1301 Pennsylvania Avenue, N.W. Washington, DC 20004 craig.primis@kirkland.com (202) 389-5921 Hogan Lovells US LLP 555 13th Street NW Washington, DC 20004 chuck.loughlin@hoganlovells.com (202) 637-5661 | Plaintiffs expect Mr. Musslewhite, former CEO of OptumInsight and Optum's sponsor of the transaction, to testify about United's proposed acquisition of Change Healthcare, Mr. Musslewhite's and other executives' roles in the transaction, the deal rationale, and the work done to evaluate, conduct diligence on, and approve the transaction. He is also expected to testify about the importance of the EDI clearinghouse to the transaction, the EDI clearinghouse business, and meetings and interactions between executives and others at UHG, Optum and UHC. | 1 hour |
| 14. | Steven Yurjevich (adverse) | Kirkland & Ellis LLP 1301 Pennsylvania Avenue, N.W. Washington, DC 20004 craig.primis@kirkland.com (202) 389-5921 Hogan Lovells US LLP 555 13th Street NW Washington, DC 20004 chuck.loughlin@hoganlovells.com (202) 637-5661 | Plaintiffs expect Mr. Yurjevich, OptumInsight's COO, to testify about OptumInsight's payment integrity products and data access, and data rights. He will also testify about the merger and documents from the deal. | 1 hours 15 minutes |
| 15. | Paul Higday (adverse) | Kirkland & Ellis LLP 1301 Pennsylvania Avenue, N.W. Washington, DC 20004 craig.primis@kirkland.com (202) 389-5921 Hogan Lovells US LLP 555 13th Street NW Washington, DC 20004 | Plaintiffs expect Mr. Higday, a Senior Vice President of Strategy Innovation at United, to testify about the due diligence workstream he led on opportunities for using Change's data post-acquisition. | 45 minutes |

| | | | | |
|---|---|---|---|---|
| | | chuck.loughlin@hoganlovells.com<br>(202) 637-5661 | | |
| 16. | Peter Dumont (adverse) | Kirkland & Ellis LLP 1301 Pennsylvania Avenue, N.W. Washington, DC 20004<br>craig.primis@kirkland.com<br>(202) 389-5921<br>Hogan Lovells US LLP 555 13th Street NW Washington, DC 20004<br>chuck.loughlin@hoganlovells.com<br>(202) 637-5661 | Plaintiffs expect Mr. Dumont, the current Chief Privacy Officer at Optum Labs and former Vice President for Data Governance at Optum, to testify about United's due diligence on Change's assets and United's data governance practices. | 1 hour |
| 17. | Ashok Chennuru (deposition video – resides in the state of Ohio) | Barbara T. Sicalides<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103<br>barbara.sicalides@troutman.com | Plaintiffs expect Mr. Chennuru, Chief Data and Insights Officer at Anthem (which recently changed its name to Elevance Health), will testify about the ways in which payers, including Anthem, can apply machine learning to claims data. | |
| 18. | Chris Spady[1] | Jeffery Woodard, Chief Legal Officer<br>975 E 3rd St.<br>Chattanooga, TN 37403<br>Telephone: 423-778-6695<br>Email: jeffrey.woodard@erlanger.org | Plaintiffs expect Mr. Spady, Erlanger's Vice President of Revenue Cycle, to testify about the importance of EDI clearinghouses to providers and the steps, costs, and risks involved when providers switch EDI clearinghouse vendors. | 45 minutes |
| 19. | James Mason (deposition video – resides in the state of Tennessee) | Jeffery Woodard, Chief Legal Officer<br>975 E 3rd St.<br>Chattanooga, TN 37403<br>Telephone: 423-778-6695<br>Email: jeffrey.woodard@erlanger.org | Plaintiffs expect Mr. Mason, Erlanger's Director of Payer Relations, Contracting and Decision Support, to testify about provider-insurer negotiations and how the limited information disclosed under the Hospital Price Transparency Rule differs from medical claims data. | 30 minutes |
| 20. | Erin Schmuker (adverse) | Kirkland & Ellis LLP 1301 Pennsylvania Avenue, N.W. | Plaintiffs expect Ms. Schmuker to testify about her work as Senior Vice President of Optum's | 45 minutes |

---

[1] Due to scheduling conflicts, Plaintiffs intend to call Mr. Spady on Monday, August 8, even if doing so results in Mr. Spady testifying out of order. Plaintiffs will put on Mr. Mason by deposition video immediately after Mr. Spady's testimony.

| | | | | |
|---|---|---|---|---|
| | | Washington, DC 20004<br>craig.primis@kirkland.com<br>(202) 389-5921<br>Hogan Lovells US LLP 555 13th Street NW Washington, DC 20004<br>chuck.loughlin@hoganlovells.com<br>(202) 637-5661 | Transparent Network, her due diligence work on the Change acquisition, and her previous work as the General Manager for Payment Integrity at Optum. | |
| 21. | William Golden (adverse) | Kirkland & Ellis LLP 1301 Pennsylvania Avenue, N.W. Washington, DC 20004<br>craig.primis@kirkland.com<br>(202) 389-5921<br>Hogan Lovells US LLP 555 13th Street NW Washington, DC 20004<br>chuck.loughlin@hoganlovells.com<br>(202) 637-5661 | Plaintiffs expect Mr. Golden, UnitedHealthcare's CEO, Employer and Individual, to testify about the sale of commercial health insurance to national accounts and key account (large group) employer groups. | 45 minutes |
| 22. | Dirk McMahon (adverse) | Kirkland & Ellis LLP 1301 Pennsylvania Avenue, N.W. Washington, DC 20004<br>craig.primis@kirkland.com<br>(202) 389-5921<br>Hogan Lovells US LLP 555 13th Street NW Washington, DC 20004<br>chuck.loughlin@hoganlovells.com<br>(202) 637-5661 | Plaintiffs expect Mr. McMahon, United's President and COO, to testify about rivals' competitively sensitive information that United will acquire as a result of the merger. Plaintiffs also expect him to testify regarding competition and market definition in relevant markets for sale of commercial health insurance. | 45 minutes |
| 23. | Professor Ben Handel* | Eric Welsh<br>US DOJ Antitrust Division<br>450 5th Street NW, Suite 4100<br>Washington, DC 20530 | Professor Handel will provide expert testimony about the content of healthcare claims data, including the type of claims data transmitted over EDI clearinghouse for which Change has secondary-use rights.  Professor Handel will also testify about some of the insights that United could learn by analyzing Change's claims data and why United could not obtain the same | 2 hours |

| | | | insights from publicly or commercially available sources of claims data. | |
|---|---|---|---|---|
| 24. | Professor Gautam Gowrisankaran* | Eric Welsh<br>US DOJ Antitrust Division<br>450 5th Street NW, Suite 4100<br>Washington, DC 20530 | Professor Gowrisankaran will provide expert testimony regarding his analysis of the transaction, to include his conclusion that United's proposed acquisition of Change is likely to result in anticompetitive harm across multiple markets. | 4 hours |

<b>WITNESSES THAT THE PLAINTIFFS MAY CALL IF NEEDED</b>

| | | | | |
|---|---|---|---|---|
| 25. | Carolyn Wukitch (rebuttal) (adverse) | Cleary Gottlieb Steen & Hamilton LLP 2112 Pennsylvania Ave, N.W. Washington, DC 20037<br>dgelfand@cgsh.com<br>(202) 974-1690 and<br>Simpson Thacher & Bartlett LLP 900 G Street, NW Washington, DC 20001<br>sara.razi@stblaw.com<br>(202) 636-5582 | If necessary, Ms. Wukitch, Change's Senior Vice President & General Manager, Network and Financial Management, will be questioned regarding Change's payment accuracy products and the divestiture of ClaimsXten to TPG. | 30 minutes |