# EXHIBIT 2

# PLAINTIFFS' EXHIBIT LIST

# FILED UNDER SEAL