UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:22-cv-0481 (CJN) |

**DEFENDANTS' RESPONSE TO ABILITY NETWORK'S MOTION *IN LIMINE* TO EXCLUDE DX-0001 AND DX-0002 IN THEIR UNREDACTED FORM**

Defendants agree that, to the extent DX-0001 and DX-0002 are offered into evidence, Defendants will submit them in the redacted form proposed by ABILITY Networks Inc. ("ABILITY"). ABILITY's motion therefore should be denied as moot.

Dated:  July 20, 2022

Matthew J. Reilly, P.C. (D.C. Bar No. 457884)
Craig S. Primis, P.C. (D.C. Bar No. 454796)
Richard Cunningham (D.C. Bar. No. 1644119)
K. Winn Allen, P.C. (D.C. Bar No. 1000590)
T.J. McCarrick (D.C. Bar. No. 219283)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 389-5000
Facsimile:  (202) 389-5200
matt.reilly@kirkland.com
craig.primis@kirkland.com
rich.cunningham@kirkland.com
winn.allen@kirkland.com
tj.mccarrick@kirkland.com

Alexia R. Brancato (D.C. Bar No. 1018763)
**KIRKLAND & ELLIS LLP**
600 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
alexia.brancato@kirkland.com

Charles Loughlin (D.C. Bar. No. 448219)
Justin W. Bernick (D.C. Bar. No. 988245)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910
chuck.loughlin@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant UnitedHealth Group Incorporated*

Respectfully submitted,

By: */s/ Craig S. Primis*
    Craig S. Primis

Sara Y. Razi (D.C. Bar No. 473647)
Abram J. Ellis (D.C. Bar No. 497634)
Nathaniel Preston Miller (D.C. Bar No. 1021557)
**SIMPSON, THACHER & BARTLETT LLP**
900 G Street, NW
Washington, DC 20001
Telephone:  (202) 636-5500
Facsimile:  (202) 636-5502
sara.razi@stblaw.com
aellis@stblaw.com
preston.miller@stblaw.com

David I. Gelfand (D.C. Bar No. 416596)
Daniel P. Culley (D.C. Bar No. 988557)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Ave, N.W.
Washington, DC 20037
Telephone:  (202) 974-1500
Facsimile:  (202) 974-1999
dgelfand@cgsh.com

*Counsel for Defendant Change Healthcare Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of July 2022, a copy of the foregoing Defendants' Response to ABILITY Networks Inc.'s Motion *in Limine* to Exclude DX-0001 and DX-0002 in Their Unredacted Form was electronically transmitted to the Clerk of Court using the CM/ECF system, which will transmit notification of such filing to all registered participants.

　　　　　　　　　　　　　　　　　　/s/ *Craig S. Primis*
　　　　　　　　　　　　　　　　　　Craig S. Primis, P.C. (D.C. Bar No. 454796)