**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 20, 2022, a copy of the foregoing motion was electronically transmitted to the Clerk of Court using the CM/ECF system, which will transmit notification of such filing to all registered participants. A copy of the sealed brief was served via email to Plaintiffs and outside counsel for UnitedHealth Group Incorporated and Change Healthcare Inc.

/s/ Eric D. Welsh
Eric D. Welsh (D.C. Bar No. 998618)
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
Telephone: (202) 598-8681
Fax: (202) 307-5802
Email: eric.welsh@usdoj.gov