**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *et al.*,

     Plaintiffs,

          v.

UNITEDHEALTH GROUP INCORPORATED
and
CHANGE HEALTHCARE INC.,

     Defendants.

Civil Action No. 1:22-cv-0481 (CJN)

**JOINT STATUS REPORT AND PROPOSED ORDER FROM NON-PARTY AVAILITY,
L.L.C. AND DEFENDANTS REGARDING POTENTIAL USE OF CONFIDENTIAL
INFORMATION AT TRIAL**

     Non-Party Availity, L.L.C. ("Availity") and Defendants UnitedHealth Group, Inc. ("UHG") and Change Healthcare Inc. ("Change"), pursuant to the Court's Minute Order (July 22, 2022), have met and conferred regarding concerns over the use of Availity's Confidential Information at trial. Availity and Defendants have come to an agreement, as identified herein, and respectfully submit this joint status report and proposed order which resolves Availity's pending Motion Pursuant to the Court's Protective Order, Dkt. 86-1, (the "Availity Motion") for the Court's consideration.

     1.    *Treatment of Defendants' Trial Exhibits Reflecting Availity's Confidential Information.* The 31 documents identified as Availity Documents in the Availity Motion (the "Availity Documents"), shall be sealed from the public record. To the extent that any party wishes to use or refer to any of the Availity Documents in open court it shall use only fully redacted versions of the Availity Documents and do so pursuant to the procedures described in the Stipulated Order on the Use of Confidential Information at Trial, Dkt. 94 ¶ 5.

2.      *Treatment of Ashok Chennuru's Testimony*.  The following portions of the deposition testimony of Ashok Chennuru shall be sealed from the public record and shall not be aired or otherwise referred to in open court: the ownership percentage numbers contained at pages 183:24, 184:1, 184:5, 184:10, and 184:16; and the complete testimony designated at pages 195:25, 196:1-2, 196:4-9, 196:14-17, and 197:7-12.  In the event that any party changes its designations on pages 183 through 214 of Mr. Chennuru's deposition, Defendants will provide notice of any designations and counter-designations to Availity concurrently with the notice provided for in the Joint Submission Regarding Exhibit Admissibility, Deposition Designations, and Confidentiality Issues [Dkt. 80] to afford Availity the opportunity to object to any additionally designated testimony on confidentiality grounds and work with the Parties on a potential resolution of any such objections.

3.      In light of the foregoing, the Availity Motion is hereby denied as **MOOT**.

Dated: July 26, 2022
Respectfully submitted,

_/s/ Craig Primis_
Matthew J. Reilly, P.C. (D.C. Bar No. 457884)
Craig S. Primis, P.C. (D.C. Bar No. 454796)
K. Winn Allen, P.C. (D.C. Bar No. 1000590)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 389-5000
matt.reilly@kirkland.com
craig.primis@kirkland.com
winn.allen@kirkland.com

Charles Louglin (D.C. Bar. No. 448219)
Justin W. Bernick (D.C. Bar. No. 988245)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Phone: (202) 637-5600
chuck.loughlin@hoganlovells.com
justin.bernick@hoganlovells.com

_Attorneys for UnitedHealth Group Inc._

_/s/ David Flugman_
Amanda Wait (DC Bar No. 982117)
Esha Kamboj (DC Bar No. 1643795)
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001-4501
Phone: (202) 662-4550
amanda.wait@nortonrosefulbright.com
esha.kamboj@nortonrosefulbright.com

Jennifer M. Selendy (_pro hac vice_)
David S. Flugman (_pro hac vice_)
Bret Matera (_pro hac vice_)
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, New York 10104
Phone: (212) 390-9000
jselendy@selendygay.com
dflugman@selendygay.com
bmatera@selendygay.com

_Attorneys for Non-Party Availity, L.L.C._

It is **SO ORDERED**.

Dated: _____

_____
Carl J. Nichols
United States District Judge