UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED<br>and<br>CHANGE HEALTHCARE INC.,<br><br>*Defendants*. | Civil Action No. 1:22-cv-0481 (CJN) |

**JOINT STATUS REPORT ON NON-PARTY AVAILITY L.L.C.'S
MOTION FOR AN ORDER PROHIBITING
THE PUBLIC DISCLOSURE OF CERTAIN CONFIDENTIAL INFORMATION**

Plaintiffs United States of America, State of Minnesota, and State of New York and Defendants UnitedHealth Group Incorporated and Change Healthcare Inc. (collectively the "Parties"), pursuant to the Court's July 22, 2022 minute order ordering "that the Parties shall meet-and-confer in an effort to resolve any concerns related to the potential use of Availity's Confidential Information" and "file an update on the status of the Motion on or before 12:00pm on Wednesday, July 27, 2022," have met and conferred and respectfully submit this joint status report.

The Parties do not oppose Availity L.L.C.'s Non-Party Motion for an Order Prohibiting the Public Disclosure of Confidential Information Reflected in Documents Appearing in Defendants' Trial Exhibit List and Non-Party Testimony, ECF No. 86-1, and agree that the following designated testimony and trial exhibits will be presumptively sealed from the public record unless a Party provides Availity 72 hours' notice and complies with the Court's Stipulated

1

Order on the Use of Confidential Information at Trial, ECF No. 94: DX-003, DX-005, DX-014, DX-020, DX-021, DX-034, DX-035, DX-036, DX-037, DX-038, DX-039, DX-040, DX-041, DX-042, DX-043, DX-044, DX-045, DX-046, DX-047, DX-048, DX-049, DX-050, DX-051, DX-052, DX-053, DX-054, DX-055, DX-251, DX-252, DX-730, DX-753, and the ownership percentage numbers contained at pages 183:24, 184:1, 184:5, 184:10, and 184:16; and the complete testimony designated at pages 195:25, 196:1–2, 196:4–9, 196:14–17, and 197:7–12 contained in the Deposition Testimony of Ashok Chennuru.

Dated: July 26, 2022

Respectfully submitted,

/s/ Jeremy C. Keeney
Jeremy C. Keeney (D.C. Bar No. 1029015)
Eric D. Welsh (D.C. Bar No. 998618)
Travis R. Chapman
John M. Briggs
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
Telephone: (202) 476-0545
Fax: (202) 307-5802
Email:  Jeremy.Keeney2@usdoj.gov

*Attorneys for United States of America*

/s/ Elizabeth Odette
Elizabeth Odette
James W. Canaday
Jason Pleggenkuhle
Katherine Moerke
Office of the Minnesota Attorney General
Consumer, Wage and Antitrust Division
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
Telephone: (651) 757-1028
Email: elizabeth.odette@ag.state.mn.us

*Attorneys for State of Minnesota*

/s/ Olga Kogan
Christopher D'Angelo (D.C. Bar No. 502220)
Olga Kogan
Elinor R. Hoffmann
Amy E. McFarlane
Benjamin J. Cole
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8262
Email: olga.kogan@ag.ny.gov

*Attorneys for State of New York*

/s/ Craig S. Primis
Matthew J. Reilly, P.C. (D.C. Bar No. 457884)
Craig S. Primis, P.C. (D.C. Bar No. 454796)
K. Winn Allen, P.C. (D.C. Bar No. 1000590)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
matt.reilly@kirkland.com
craig.primis@kirkland.com
winn.allen@kirkland.com

Anne M. Sidrys (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
asidrys@kirkland.com

Charles Loughlin (D.C. Bar. No. 448219)
Justin W. Bernick (D.C. Bar. No. 988245)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
chuck.loughlin@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for UnitedHealth Group Incorporated*


/s/ David I. Gelfand
David I. Gelfand (D.C. Bar No. 416596)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Ave, N.W.
Washington, DC 20037
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
dgelfand@cgsh.com

Sara Y. Razi (D.C. Bar No. 473647)
Abram J. Ellis (D.C. Bar No. 497634)
Nathaniel Preston Miller (D.C. Bar No. 1021557)
**SIMPSON, THACHER & BARTLETT LLP**
900 G Street, NW
Washington, DC 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502
sara.razi@stblaw.com
aellis@stblaw.com
preston.miller@stblaw.com

*Counsel for Change Healthcare Inc.*