UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:22-cv-0481 (CJN) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ADMIT DEFENDANTS' EXHIBITS WITH NO OBJECTIONS**

Having considered Defendants' Motion to Admit Defendants' Exhibits with No Objections (the "Motion"), the Court hereby grants the Motion and admits Defendants' Exhibits listed in Exhibit A to the Motion into evidence.

**SO ORDERED.**

Date: _____, 2022          _____
                                                                    Hon. Carl J. Nichols
                                                                    United States District Judge

1