UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:22-cv-0481 (CJN) |

**SARAHI CONSTANTINE PADILLA'S MOTION TO WITHDRAW AS COUNSEL**

Pursuant to LCvR 83.6(c), Sarahi Constantine Padilla moves for leave to withdraw as counsel for Defendant UnitedHealth Group Incorporated. Defendant UnitedHealth Group Incorporated will continue to be represented by counsel from Kirkland & Ellis LLP and Hogan Lovells US LLP who have already entered appearances in this case. UnitedHealth Group Incorporated has notice of this motion to withdraw and has agreed to the withdrawal of Sarahi Constantine Padilla as counsel.

Dated:  August 31, 2022

Respectfully submitted,

By: */s/ Sarahi Constantine Padilla*
Sarahi Constantine Padilla (D.C. Bar No. 1724121)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 389-5000
Facsimile:  (202) 389-5200
sarahi.constantinepadilla@kirkland.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of August 2022, a copy of the foregoing Sarahi Constantine Padilla's Motion to Withdraw as Counsel was electronically transmitted to the Clerk of Court using the CM/ECF system, which will transmit notification of such filing to all registered participants.

    /s/ *Sarahi Constantine Padilla*
Sarahi Constantine Padilla (D.C. Bar No. 1724121)