UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED<br>and<br>CHANGE HEALTHCARE INC.,<br><br>*Defendants*. | Civil Action No. 1:22-cv-0481 (CJN) |

**JOINT MOTION TO RELEASE**
**NON-CONFIDENTIAL PORTIONS OF SEALED TRIAL TRANSCRIPTS**

Plaintiffs United States of America, State of Minnesota, and State of New York and Defendants UnitedHealth Group Incorporated and Change Healthcare Inc. (collectively the "Parties") respectfully request that the Court publicly release portions of the sealed trial transcripts that do not contain confidential information. Of the over 2,700 total pages of trial transcripts, the Parties propose redacting only 80 pages (approx. 2.9%), 30 of which contain confidential non-Party testimony.

The public has both a First Amendment and a common law right to access judicial records, including in civil cases. *See In re Fort Totten Metrorail Cases*, 960 F. Supp. 2d 2, 5–6 (D.D.C. 2013). Unless sealed judicial records satisfy the D.C. Circuit's standard under *United States v. Hubbard*, 650 F.2d 293, 317–22 (D.C. Cir. 1980), they should be released to the public. *See Fort Totten*, 960 F. Supp. 2d at 6. Therefore, where part of a trial took place in a sealed courtroom, it is appropriate to unseal portions of those sealed proceedings that are not confidential under applicable legal standards. *See* Mem. Order, *United States v. AT&T Inc.*, No.

17-cv-2511-RJL (D.D.C. July 31, 2018), ECF No. 156 (applying *Hubbard* and granting in part motion to unseal portions of sealed trial transcripts).

Accordingly, the Parties respectfully request that the Court publicly release (1) the open-court portions of the sealed transcripts and (2) the sealed-court portions of the sealed transcripts that contain non-confidential information, including some of the Court's evidentiary rulings, colloquies between the Court and counsel, limited foundation testimony, and other non-confidential testimony. The Parties—and where appropriate affected non-Parties—have agreed to the scope of redactions to protect the portions of the sealed-court transcripts that contain their competitively sensitive business information, and have agreed that the remainder of the sealed-court transcripts may be released.

Trial transcripts with proposed redactions highlighted are filed under seal and citations to transcripts lines with partial or full redactions are listed below by transcript and witness.

**Aug. 1, 2022 PM Transcript (Exhibit A)**

- Lynn Garbee (former Cigna)[1]: 3:23, 4:2, 4:5, 4:23, 5:6–8, 5:13–20, 5:22–24, 6:1–5, 6:7, 6:9–10, 6:12–22, 7:5–17.

- Kelly Dill (Cigna)[2]: no redactions.

- Larry Lautzenhiser (Aetna)[3]: 60:5–6, 60:14, 60:16–17, 60:21–22, 61:1, 61:7, 61:12–13, 61:22–23, 62:2–6, 62:10–11, 62:17, 62:19–20, 63:18–19, 63:22–23, 64:5, 64:7, 65:5, 65:11, 65:23–67:14, 67:17–71:7, 71:11–73:17, 74:25–76:15, 78:3–9, 79:21–80:21, 81:5–7, 82:21–83:9, 85:18, 87:11, 87:23.

---

[1] Counsel for non-parties Lynn Garbee and Cigna confirmed that only the cited portions of the trial transcript, as highlighted in Exhibit A, contain confidential information.

[2] Counsel for non-party Cigna confirmed that this portion of the trial transcript does not contain confidential information. The Parties are not seeking to unseal the confidential portion of Ms. Dill's deposition transcript (submitted as PX1004).

[3] Counsel for non-party Aetna confirmed that only the cited portions of the trial transcript, as highlighted in Exhibit A, contain confidential information.

**Aug. 3, 2022 AM Transcript (Exhibit B)**

- Michael Peresie (Change):  101:3–4, 101:6, 101:9–10, 101:13–14, 101:17, 101:25, 102:1, 102:3–23, 102:25, 103:1, 103:4–7; 103:9, 104:7, 104:9, 104:15–16, 105:2, 105:8, 105:13, 105:23, 106:1, 106:8, 106:12–13, 106:15–16, 106:18, 106:20–22, 106:24–107:1, 107:4–5, 107:12–15, 107:18–22, 107:24–108:16, 108:18, 108:23–109:5, 109:7, 109:20–21, 109:24, 110:2, 110:4, 110:6.

**Aug. 3, 2022 PM Transcript (Exhibit C)**

- Kris Joshi (Change):  52:21–23, 53:1–2, 53:4–6, 53:8–9, 53:16–22, 54:3–6.

**Aug. 5, 2022 AM Transcript (Exhibit D)**

- Steven Yurjevich (United):  7:24, 8:2–3, 8:5, 8:7–8, 8:11, 8:13, 8:15–16, 8:18, 8:21–22, 8:24, 9:1–2, 9:6, 9:9, 9:12, 9:14, 9:16–18, 9:20–21, 9:24–25, 10:2–3, 10:5, 10:23–24, 11:3, 11:5–7, 11:10, 12:16–17, 13:9–10, 15:5–8, 15:13, 15:20.

**Aug. 8, 2022 PM Transcript (Exhibit E)**

- William Golden (United)[4]:  no redactions.

**Aug. 10, 2022 AM Transcript (Exhibit F)**

- Ashok Chennuru (Anthem)[5]:  no redactions.

- Daniel Schumacher (United):  110:7–111:5, 111:9—113:15, 114:2–115:4, 115:7–116:12, 116:17–118:13, 119:24–120:3, 120:8–17, 121:5–13, 121:23–122:9, 122:13–18, 122:23–25, 123:4–9, 123:13–125:8, 126:14–131:3, 131:13–132:6, 132:11–25, 133:12–138:10.

---

[4] The Parties are not seeking to unseal the confidential portion of Mr. Golden's deposition transcript (submitted as PX1014).

[5] Counsel for non-parties Elevance (formerly Anthem) and Availity confirmed that this portion of the trial transcript does not contain confidential information.  The Parties are not seeking to unseal the confidential portion of Mr. Chennuru's deposition transcript (submitted as PX1019).

Dated:  September 7, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Jeremy C. Keeney* | */s/ Craig S. Primis* |
| Jeremy C. Keeney (D.C. Bar No. 1029015) | Matthew J. Reilly, P.C. (D.C. Bar No. 457884) |
| Eric D. Welsh (D.C. Bar No. 998618) | Craig S. Primis, P.C. (D.C. Bar No. 454796) |
| Travis R. Chapman | K. Winn Allen, P.C. (D.C. Bar No. 1000590) |
| John M. Briggs | **KIRKLAND & ELLIS LLP** |
| U.S. Department of Justice | 1301 Pennsylvania Avenue, N.W. |
| Antitrust Division | Washington, DC 20004 |
| 450 Fifth Street, NW, Suite 4100 | Telephone: (202) 389-5000 |
| Washington, DC 20530 | Facsimile: (202) 389-5200 |
| Telephone: (202) 476-0545 | matt.reilly@kirkland.com |
| Fax: (202) 307-5802 | craig.primis@kirkland.com |
| Email:  Jeremy.Keeney2@usdoj.gov | winn.allen@kirkland.com |

*Attorneys for United States of America*

*/s/ Elizabeth Odette*
Elizabeth Odette
James W. Canaday
Jason Pleggenkuhle
Katherine Moerke
Office of the Minnesota Attorney General
Consumer, Wage and Antitrust Division
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
Telephone: (651) 757-1028
Email: elizabeth.odette@ag.state.mn.us

*Attorneys for State of Minnesota*

*/s/ Olga Kogan*
Christopher D'Angelo (D.C. Bar No. 502220)
Olga Kogan
Elinor R. Hoffmann
Amy E. McFarlane
Benjamin J. Cole
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8262
Email: olga.kogan@ag.ny.gov

*Attorneys for State of New York*

Anne M. Sidrys (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
asidrys@kirkland.com

Charles Loughlin (D.C. Bar. No. 448219)
Justin W. Bernick (D.C. Bar. No. 988245)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
chuck.loughlin@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for UnitedHealth Group Incorporated*

*/s/ David I. Gelfand*
David I. Gelfand (D.C. Bar No. 416596)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Ave, N.W.
Washington, DC 20037
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
dgelfand@cgsh.com

Sara Y. Razi (D.C. Bar No. 473647)
Abram J. Ellis (D.C. Bar No. 497634)
Nathaniel Preston Miller (D.C. Bar No. 1021557)
**SIMPSON, THACHER & BARTLETT LLP**
900 G Street, NW
Washington, DC 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502
sara.razi@stblaw.com
aellis@stblaw.com
preston.miller@stblaw.com

*Counsel for Change Healthcare Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 7, 2022, a copy of the foregoing motion was electronically transmitted to the Clerk of Court using the CM/ECF system, which will transmit notification of such filing to all registered participants, and copies of the sealed exhibits were served by email on all Plaintiffs and Defendants' outside counsel of record, as listed in the Scheduling and Case Management Order (ECF No. 42).

                                                               */s/ Jeremy C. Keeney*
                                                            Jeremy C. Keeney (D.C. Bar No. 1029015)