# EXHIBIT A

August 1, 2022 PM Trial Transcript

Proposed Redactions Highlighted

FILED UNDER SEAL