# EXHIBIT E

August 8, 2022 PM Trial Transcript

Contains No Proposed Redactions

FILED UNDER SEAL