UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITEDHEALTH GROUP INCORPORATED, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:22-cv-0481 (CJN) |

### DEFENDANTS' UNOPPOSED MOTION TO REDACT/SEAL TWO LINES OF THE PUBLIC AUGUST 11, 2022 AM TRIAL TRANSCRIPT

Defendants UnitedHealth Group Incorporated and Change Healthcare Inc. (the "Defendants") respectfully request that the Court direct the court reporter to redact and otherwise seal the number/amount named on lines 15 and 16 of page 129 of the public August 11, 2022 AM trial transcript because this contains business information confidential to the witness Carolyn Wukitch and to Defendant Change Healthcare Inc. *See* Stipulated Order on the Use of Confidential Information at Trial ¶ 5, ECF No. 94. Plaintiffs do not oppose the motion but express no opinion on its merits or the relief sought. A copy of the transcript with proposed redactions highlighted in yellow is attached hereto as **Appendix A**.

1

Dated:  September 14, 2022

Matthew J. Reilly, P.C. (D.C. Bar No. 457884)
Craig S. Primis, P.C. (D.C. Bar No. 454796)
Richard Cunningham (D.C. Bar. No. 1644119)
K. Winn Allen, P.C. (D.C. Bar No. 1000590)
T.J. McCarrick (D.C. Bar. No.
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 389-5000
Facsimile:  (202) 389-5200
matt.reilly@kirkland.com
craig.primis@kirkland.com
winn.allen@kirkland.com
tj.mccarrick@kirkland.com

Alexia R. Brancato (NY0467)
**KIRKLAND & ELLIS LLP**
600 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
alexia.brancato@kirkland.com

Charles Loughlin (D.C. Bar. No. 448219)
Justin W. Bernick (D.C. Bar. No. 988245)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910
chuck.loughlin@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant UnitedHealth Group Incorporated*

Respectfully submitted,

By: */s/ Sara Y. Razi*
   Sara Y. Razi (D.C. Bar No. 473647)

Sara Y. Razi (D.C. Bar No. 473647)
Abram J. Ellis (D.C. Bar No. 497634)
Nathaniel Preston Miller (D.C. Bar No. 1021557)
**SIMPSON, THACHER & BARTLETT LLP**
900 G Street, NW
Washington, DC 20001
Telephone:  (202) 636-5500
Facsimile:  (202) 636-5502
sara.razi@stblaw.com
aellis@stblaw.com
preston.miller@stblaw.com

David I. Gelfand (D.C. Bar No. 416596)
Daniel P. Culley (D.C. Bar No. 988557)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Ave, N.W.
Washington, DC 20037
Telephone:  (202) 974-1500
Facsimile:  (202) 974-1999
dgelfand@cgsh.com

*Counsel for Defendant Change Healthcare Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of September 2022, a copy of the foregoing motion was electronically transmitted to the Clerk of Court using the CM/ECF system, which will transmit notification of such filing to all registered participants, and copies of the sealed exhibits were served by email on all Plaintiffs and Defendants' outside counsel of record, as listed in the Scheduling and Case Management Order (ECF No. 42).

Date: September 14, 2022

Respectfully submitted,

By: */s/ Preston Miller*
Nathaniel Preston Miller
(D.C. Bar No. 1021557)