UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED and<br>CHANGE HEALTHCARE INC.,<br><br>*Defendants*. | Civil Action No. 1:22-cv-0481 (CJN) |

**ORDER**

Upon the Parties' joint motion to release all portions of the sealed trial transcripts that do not contain confidential information, for good cause shown, it is hereby **ORDERED** as follows:

1) The sealed trial transcript lines listed below shall remain under **SEAL**, consistent with the redactions proposed by the Parties:

   a. Aug. 1, 2022 PM:  3:23, 4:2, 4:5, 4:23, 5:6–8, 5:13–20, 5:22–24, 6:1–5, 6:7, 6:9–10, 6:12–22, 7:5–17; 60:5–6, 60:14, 60:16–17, 60:21–22, 61:1, 61:7, 61:12–13, 61:22–23, 62:2–6, 62:10–11, 62:17, 62:19–20, 63:18–19, 63:22–23, 64:5, 64:7, 65:5, 65:11, 65:23–67:14, 67:17–71:7, 71:11–73:17, 74:25–76:15, 78:3–9, 79:21–80:21, 81:5–7, 82:21–83:9, 85:18, 87:11, 87:23.

   b. Aug. 3, 2022 AM:  101:3–4, 101:6, 101:9–10, 101:13–14, 101:17, 101:25, 102:1, 102:3–23, 102:25, 103:1, 103:4–7; 103:9, 104:7, 104:9, 104:15–16, 105:2, 105:8, 105:13, 105:23, 106:1, 106:8, 106:12–13, 106:15–16, 106:18, 106:20–22, 106:24–

    107:1, 107:4–5, 107:12–15, 107:18–22, 107:24–108:16, 108:18, 108:23–109:5, 109:7, 109:20–21, 109:24, 110:2, 110:4, 110:6.

  c. Aug. 3, 2022 PM: 52:21–23, 53:1–2, 53:4–6, 53:8–9, 53:16–22, 54:3–6.

  d. Aug. 5, 2022 AM: 7:24, 8:2–3, 8:5, 8:7–8, 8:11, 8:13, 8:15–16, 8:18, 8:21–22, 8:24, 9:1–2, 9:6, 9:9, 9:12, 9:14, 9:16–18, 9:20–21, 9:24–25, 10:2–3, 10:5, 10:23–24, 11:3, 11:5–7, 11:10, 12:16–17, 13:9–10, 15:5–8, 15:13, 15:20.

  e. Aug. 10, 2022 AM: 110:7–111:5, 111:9—113:15, 114:2–115:4, 115:7–116:12, 116:17–118:13, 119:24–120:3, 120:8–17, 121:5–13, 121:23–122:9, 122:13–18, 122:23–25, 123:4–9, 123:13–125:8, 126:14–131:3, 131:13–132:6, 132:11–25, 133:12–138:10.

2) All other portions of the sealed trial transcripts shall be **UNSEALED**.

SO ORDERED.

Date: September 19, 2022

                                          THE HONORABLE CARL J. NICHOLS
                                          United States District Judge