UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED<br>and<br>CHANGE HEALTHCARE, INC.,<br><br>*Defendants*. | Civil Action No. 1:22-cv-0481 (CJN) |

**ORDER**

This matter is before the Court after a bench trial. Upon review of the entire record and for the reasons set forth in the accompanying memorandum opinion, it is

**ORDERED** that the Government's request to enjoin the proposed merger of Defendant UnitedHealth Group Incorporated with Defendant Change Healthcare, Inc. is **DENIED**. It is further

**ORDERED** that Defendants **DIVEST** ClaimsXten to TPG Capital as proposed. And it is further

**ORDERED** that judgment be entered for Defendants.

This is a final appealable order.

The Clerk is directed to terminate this case.

DATE: September 19, 2022

_____
CARL J. NICHOLS
United States District Judge