UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED<br>and<br>CHANGE HEALTHCARE, INC.,<br><br>*Defendants*. | Civil Action No. 1:22-cv-0481 (CJN) |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, joined by the States of New York and Minnesota, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered in this action on September 19, 2022.

November 18, 2022                                                                 Respectfully submitted,

| | |
|---|---|
| */s/ Elizabeth Odette* | */s/ Eric D. Welsh* |
| Elizabeth Odette | Eric D. Welsh (D.C. Bar No. 998612) |
| James W. Canaday | Jill C. Maguire (D.C. Bar No. 979595) |
| Jason Pleggenkuhle | Travis R. Chapman |
| Katherine Moerke | United States Department of Justice |
| Office of the Minnesota Attorney General | Antitrust Division |
| Consumer, Wage and Antitrust Division | 450 Fifth Street, NW, Suite 4100 |
| 445 Minnesota Street, Suite 1400 | Washington, DC 20530 |
| St. Paul, Minnesota 55101-2131 | Telephone: (202) 598-8681 |
| Telephone: (651) 728-7208 | Email: eric.welsh@usdoj.gov |
| Email: elizabeth.odette@ag.state.mn.us | |
| | *Counsel for Plaintiff United States of America* |
| *Counsel for Plaintiff State of Minnesota* | |

*/s/ Christopher D'Angelo*
Christopher D'Angelo (D.C. Bar No. 502220)
Olga Kogan
Elinor R. Hoffmann
Amy E. McFarlane
Benjamin J. Cole
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8262
Email: olga.kogan@ag.ny.gov

*Counsel for Plaintiff State of New York*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2022, a true and correct copy of the foregoing was served on all counsel of record via electronic notification.

/s/ Eric D. Welsh
Eric D. Welsh (D.C. Bar No. 998618)
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
Tel.: (202) 598-8681
Email: eric.welsh@usdoj.gov

*Counsel for Plaintiff United States of America*