# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-5301**                                          **September Term, 2022**

                                                                        1:22-cv-00481-CJN

                                                     **Filed On: March 27, 2023**

United States of America, et al.,

        Appellants

   v.

UnitedHealth Group Incorporated and
Change Healthcare Inc.,

        Appellees

### O R D E R

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                                       BY:    /s/
                                                       Laura M. Morgan
                                                       Deputy Clerk